# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2388
_____

FRANK DESALVO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Gilchrist County.
David P. Kreider, Judge.

July 29, 2024

Per Curiam.

AFFIRMED.

B.L. Thomas, Bilbrey, and Winokur, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jessica J. Yeary, Public Defender, and Jasmine Dixon, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.